**E-filed 9/6/06**

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
billl@lerachlaw.com
darrenr@lerachlaw.com
travisd@lerachlaw.com
    – and –
SHAWN A. WILLIAMS (213113)
MARIA V. MORRIS (223903)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
mariam@lerachlaw.com
moniquew@lerachlaw.com

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
shandler@sbclasslaw.com

[Proposed] Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIKEN KALINDJIAN, Derivatively on Behalf of Nominal Defendant TRIDENT MICROSYSTEMS, INC.<br><br>                Plaintiff,<br><br>     vs.<br><br>GLEN M. ANTLE, JUNG-HERNG CHANG, YASUSHI CHIKAGAMI, PETER JEN, FRANK C. LIN, GERRY LIU, JOHN LUKE, | No. C-06-3440-JF<br><br>STIPULATION AND [P<s>ROPOSE</s>D] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFFS AND CO-LEAD COUNSEL AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

| | |
|---|---|
| AMIR MASHKOORI, MILLARD PHELPS, and W. STEPHEN ROWE, | ) ) ) |
| Defendants, | ) ) |
| – and – | ) ) |
| TRIDENT MICROSYSTEMS, INC., | ) ) |
| Nominal Defendant. | ) ) |

TO BE CONSOLIDATED WITH

| | | |
|---|---|---|
| GERALD W. KEENEY, Derivatively on Behalf of TRIDENT MICROSYSYSTEMS, INC., | ) ) ) ) | No. C-06-4329-JF |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| FRANK C. LIN, PETER JEN, JOHN S. EDMUNDS, JUNG-HERNG CHANG, YASUSHI CHIKAGAMI, MILLARD PHELPS, GLEN M. ANTLE and JOHN LUKE, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| TRIDENT MICROSYSTEMS, INC., a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

WHEREAS, there are two related shareholder derivative actions on behalf of Nominal Defendant Trident Microsystems, Inc. pending before this Court:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
| *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

WHEREAS, the two related *Trident Microsystems* shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

1  WHEREAS, plaintiffs and defendants agree that any other actions filed in or transferred to
2  this Court which arise out of or relate to the same facts as alleged in the above-referenced actions
3  should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

4  WHEREAS, plaintiffs and defendants agree that judicial economy will be served by the entry
5  of a schedule for the filing of answers or other responses to the Consolidated Complaint.

6  THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through
7  their respective counsel of record, as follows:

8  **I.  CONSOLIDATION OF ACTIONS**

9  1.  The following actions are hereby consolidated for all purposes, including pretrial
10 proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
| *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

2.  The caption of these consolidated actions shall be "*In re Trident Microsystems, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-3440-JF. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.  Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | SAN JOSE DIVISION | |

In re TRIDENT MICROSYSTEMS,  )
Inc., DERIVATIVE LITIGATION  )      Master File No. C-06-3440-JF
                             )
_____)
                             )
This Document Relates To:    )
                             )
_____)

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To": in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To": in the caption described above (*e.g.*, "No. C-06-3440-JF, *Kalindjian v. Antle, et al.*").

5. A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF         - 4 -

8. When a case which properly belongs as part of *In re Trident Microsystems, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

    (a) Place a copy of this Order in the separate file for such action;

    (b) Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

    (c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Trident Microsystems, Inc. Derivative Litigation*.

## II. APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL

It is further stipulated by plaintiffs only that:

9. Plaintiffs, Viken Kalindjian and Gerald W. Keeney shall be appointed Lead Plaintiffs.

10. The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated *Trident Microsystems* shareholder derivative actions.

11. Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Co-Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Co-Lead Counsel.

13. Co-Lead Counsel also shall be available and responsible for communications to and from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

14. Defendants take no position on the appointment of Lead Plaintiffs or Co-Lead Counsel.

15. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

## III. SCHEDULE

16. Plaintiffs shall have 60 days from the entry of this Order to file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants, or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with respect to any defendant named in any of the consolidated actions by serving the Consolidated Complaint on that defendant's counsel.

17. Each defendant shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

| | |
|---|---|
| 1 | after the service of defendants' motion.  If defendants file and serve a reply to plaintiffs' opposition, |
| 2 | they will do so within 15 days after service of the opposition. |

DATED:  August 31, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER

/s/
MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that ROBIN WINCHESTER have concurred in this filing.

DATED:  August 31, 2006

SCHIFFRIN & BARROWAY, LLP
SEAN M. HANDLER
ROBIN WINCHESTER

/s/
ROBIN WINCHESTER

280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

| | | |
|---|---|---|
| 1 | after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition, | |
| 2 | they will do so within 15 days after service of the opposition. | |
| 3 | DATED: August __, 2006 | LERACH COUGHLIN STOIA GELLER |
| 4 | | RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS |
| 5 | | MARIA V. MORRIS<br>MONIQUE C. WINKLER |
| 6 | | |
| 7 | | _____ |
| 8 | | MONIQUE C. WINKLER |
| 9 | | 100 Pine Street, Suite 2600 |
| | | San Francisco, CA 94111 |
| 10 | | Telephone: 415/288-4545 |
| 11 | | 415/288-4534 (fax) |
| 12 | | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |
| 13 | | WILLIAM S. LERACH (68581)<br>DARREN J. ROBBINS (168593) |
| 14 | | TRAVIS E. DOWNS III (148274)<br>655 West Broadway, Suite 1900 |
| 15 | | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 16 | | 619/231-7423 (fax) |
| 17 | | [Proposed] Co-Lead Counsel for Plaintiffs |
| 18 | DATED: August __, 2006 | SCHIFFRIN & BARROWAY, LLP<br>SEAN M. HANDLER |
| 19 | | ROBIN WINCHESTER |
| 20 | | |
| 21 | | _____<br>ROBIN WINCHESTER |
| 22 | | 280 King of Prussia Road |
| 23 | | Radnor, PA 19087<br>Telephone: 610/667-7706 |
| | | 610/667-7056 (fax) |
| 24 | | [Proposed] Co-Lead Counsel for Plaintiffs |
| 25 | DATED: August 29, 2006 | SHEARMAN & STERLING LLP |
| 26 | | JEFFREY S. FACTER |
| 27 | | |
| 28 | | _____<br>JEFFREY S. FACTER |

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF     - 7 -

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | 525 Market Street<br>San Francisco, CA 94105<br>Telephone: 415/616-1100 |
| 3 | | 415/616-1199 (fax) |
| 4 | | Counsel for Defendant Frank C. Lin |
| 5 | DATED: August 30, 2006 | HOWARD RICE NEMEROVSKI CANADY<br>FALK & RABKIN, A Professional Corporation |
| 6 | | SARAH A. GOOD<br>JIN H. KIM |
| 7 | | |
| 8 | | _____<br>JIN H. KIM |
| 9 | | |
| 10 | | Three Embarcadero Center, Seventh Floor,<br>San Francisco, CA 94111-4024 |
| 11 | | Telephone: 415/434-1600<br>415/217-5910 (fax) |
| 12 | | |
| 13 | | Counsel for Defendants Glen M. Antle, Jung-<br>Herng Chang, Yasushi Chikagami, Peter Jen,<br>Gerry Liu, John Luke, Amir Mashkoori, Millard |
| 14 | | Phelps, and W. Steven Rowe |
| 15 | DATED: August___,2006 | PILLSBURY WINTHROP SHAW<br>PITTMAN, LLP |
| 16 | | CHARLES J. LANDY<br>WALTER J. ROBINSON |
| 17 | | THOMAS G. ALLEN |
| 18 | | |
| 19 | | _____<br>WALTER J. ROBINSON |
| 20 | | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 21 | | Telephone: 650/233-4500<br>650/233-4545 (fax) |
| 22 | | PILLSBURY WINTHROP SHAW |
| 23 | | PITTMAN, LLP<br>CHARLES J. LANDY |
| 24 | | THOMAS G. ALLEN<br>2300 N Street N.W. |
| 25 | | Washington D.C. 20037<br>Telephone: 202/663-8000 |
| 26 | | 202/663-8007 (fax) |
| 27 | | Counsel for Defendant John S. Edmunds |
| 28 | | |

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF - 8 -

| | |
|---|---|
| 1 | |
| 2 | 525 Market Street<br>San Francisco, CA 94105<br>Telephone: 415/616-1100 |
| 3 | 415/616-1199 (fax) |
| 4 | Counsel for Defendant Frank C. Lin |
| 5  DATED: August __, 2006 | HOWARD RICE NEMEROVSKI CANADY<br>FALK & RABKIN, A Professional Corporation |
| 6 | SARAH A. GOOD<br>JIN H. KIM |
| 7 | |
| 8 | _____ |
| 9 | JIN H. KIM |
| 10 | Three Embarcadero Center, Seventh Floor,<br>San Francisco, CA 94111-4024 |
| 11 | Telephone: 415/434-1600<br>415/217-5910 (fax) |
| 12 | |
| 13 | Counsel for Defendants Glen M. Antle, Jung-<br>Herng Chang, Yasushi Chikagami, Peter Jen, |
| 14 | Gerry Liu, John Luke, Amir Mashkoori, Millard<br>Phelps, and W. Steven Rowe |
| 15  DATED: August 29, 2006 | PILLSBURY WINTHROP SHAW<br>PITTMAN, LLP |
| 16 | CHARLES J. LANDY<br>WALTER J. ROBINSON |
| 17 | THOMAS G. ALLEN |
| 18 | |
| 19 | _____<br>WALTER J. ROBINSON |
| 20 | 2475 Hanover Street<br>Palo Alto, CA 94304-1114 |
| 21 | Telephone: 650/233-4500<br>650/233-4545 (fax) |
| 22 | |
| 23 | PILLSBURY WINTHROP SHAW<br>PITTMAN, LLP |
| 24 | CHARLES J. LANDY<br>THOMAS G. ALLEN<br>2300 N Street N.W. |
| 25 | Washington D.C. 20037<br>Telephone: 202/663-8000 |
| 26 | 202/663-8007 (fax) |
| 27 | Counsel for Defendant John S. Edmunds |
| 28 | |

```
 1 | DATED: August 31, 2006              DLA PIPER RUDNICK GRAY CARY
                                          SHIRLI FABBRI WEISS
 2 |                                      DAVID F. GROSS
 3 |                                      _____
                                          DAVID F. GROSS
 4 |
 5 |
 6 |                                      153 Townsend Street, Suite 800
                                          San Francisco, CA 94107
 7 |                                      Telephone: 415/836-2562
                                          415/836-2501 (fax)
 8 |                                      Counsel for Nominal Defendant Trident
                                          Microsystems, Inc.
 9 |
10 |                    *     *     *
11 |                        ORDER
12 |      PURSUANT TO STIPULATION, IT IS SO ORDERED.
13 | DATED:  9/5/06          _____
                                  THE HONORABLE JEREMY FOGEL
14 |                              UNITED STATES DISTRICT JUDGE
15 |
     t:\casessf\trident deriv\stip00033423.doc
```

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

          /s/ Monique C. Winkler
MONIQUE C. WINKLER

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: moniquew@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03440-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gerald W. Keeney
```